| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>MCNAMEE, STEPHEN M. | 2. Court or Organization<br><br>US DISTRICT COURT OF ARIZONA | 3. Date of Report<br><br>08/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE SENIOR STATUS - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>SANDRA DAY O'CONNOR US COURTS<br>401 WEST WASHINGTON STREET SPC 60<br>PHOENIX AZ 85003-2158 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | UNIVERSITY OF ARIZONA COLLEGE OF LAW BOARD OF VISITORS |
| 2. | MEMBER | UNIVERSITY OF ARIZONA LAW COLLEGE ASSOCIATION |
| 3. | MEMBER | UNIVERSITY OF CINCINNATI ALUMNI BOARD OF DIRECTORS HOUSING COMMITTEE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | STATE OF ARIZONA TAX REFUND | $5,065.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ST LUKES HEALTH INITIATIVE - SALARY |
| 2. 2013 | HEALTH CARE EXCEL - BOARD MEMBER |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MERRILL LYNCH ▓▓ MASTER ACCOUNT (fka CMA BANKING ACCOUNT) | A | Int./Div. | J | T | | | | | |
| 2. IBM COMMON STOCK) | A | Dividend | J | T | | | | | |
| 3. INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 4. FAIRFIELD ESTATES FLAGSTAFF AZ | | None | J | W | | | | | |
| 5. MARRIOT CANYON VILLAS | | None | J | W | | | | | |
| 6. ST LUKES 403(B)7 (H) | B | Dividend | M | T | | | | | |
| 7. -VANGUARD 500 INDEX FD | | | | | | | | | |
| 8. WELLS FARGO CKG | A | Interest | J | T | | | | | |
| 9. US BANK CKG | A | Interest | J | T | | | | | |
| 10. US BANK CKG | A | Interest | J | T | | | | | |
| 11. US BANK SVGS | A | Interest | J | T | | | | | |
| 12. IRA - US BANK PHOENIX AZ - CD | A | Interest | J | T | | | | | |
| 13. IRA - US BANK PHOENIX AZ - CD | A | Interest | J | T | | | | | |
| 14. MERRILL LYNCH - IRA #1 (H) | B | Int./Div. | K | T | | | | | |
| 15. - FIA CARD SVCS | | | | | | | | | |
| 16. - CD MORGAN STANLEY | | | | | Redeemed | 12/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.  - AMER FUNDS AMERICAN HIGH INCOME TRUST FD CL F2 (AHIFX) | | | | | | | | | |
| 18.  - AMERICAN CAPITAL WORLD BOND FUND CL F2 (BFWFX) | | | | | Sold | 10/25/13 | J | A | |
| 19.  - ISHARES IBOXX $ INVT GRADE CORP BD FUND (LOD) | | | | | Sold | 10/25/13 | J | A | |
| 20.  - ISHARES AGENCY BOND FD (FORMERLY BARCLAYS AGENCY BOND FUND (AGZ) | | | | | Sold (part) | 10/25/13 | J | A | |
| 21.  - SPDR BARCLAYS 1-10 YEAR TIPS ETF (FIPX) | | | | | Buy | 10/25/13 | J | | |
| 22.  - ISHARES 1-3 YEAR CREDIT BOND ETF (CSJ) | | | | | Buy | 10/25/13 | J | | |
| 23.  MERRILL LYNCH - IRA #2 (H) | C | Int./Div. | M | T | | | | | |
| 24.  - FIA CARD SVCS (IIAXX) | | | | | | | | | |
| 25.  - CURRENCY SHARES CAN - ETF (FXC) | | | | | Sold (part) | 03/12/13 | J | A | |
| 26. | | | | | Sold | 04/01/13 | J | A | |
| 27.  - PWRSHARES ETF DYNAMIC LEISURE (PEJ) | | | | | Sold (part) | 03/12/13 | J | A | |
| 28. | | | | | Sold (part) | 04/01/13 | J | A | |
| 29.  - PWRSHARES DYNAMIC PHARM (PJP) | | | | | Sold (part) | 03/12/13 | J | A | |
| 30. | | | | | Sold (part) | 04/01/13 | J | A | |
| 31.  - PWRSHARES DYNAMIC RETAIL (PMR) | | | | | Sold | 03/12/13 | J | B | |
| 32.  - PWRSHARES DYNAMIC BLDG AND CONS (PKB) | | | | | Buy (add'l) | 03/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. - PWRSHARES DYNAMIC BLDG AND CONS (PKB) | | | | | Buy (add'l) | 04/01/13 | J | | |
| 34. - PWRSHARES ETF (PTH) | | | | | Sold (part) | 03/12/13 | J | A | |
| 35. - PWRSHARES ETF (PTH) | | | | | Sold (part) | 04/01/13 | J | A | |
| 36. - PWRSHARES ETF (PEZ) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 37. - PWRSHARES ETF (PEZ) | | | | | Sold | 04/01/13 | K | C | |
| 38. - PWRSHARES NASDAQ INT (PNQI) | | | | | Sold (part) | 03/12/13 | J | A | |
| 39. - PWRSHARES NASDAQ INT (PNQI) | | | | | Buy (add'l) | 04/01/13 | J | | |
| 40. - SPDR INDEX SHS FDS (IPS) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 41. - SPDR INDEX SHS FDS (IPS) | | | | | Buy (add'l) | 04/01/13 | J | | |
| 42. - SPDR INDEX SHS FDS (IPD) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 43. - SPDR INDEX SHS FDS (IPN) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 44. - SPDR INDEX SHS FDS (IPN) | | | | | Buy (add'l) | 04/01/13 | J | | |
| 45. - VANGUARD LARGE CAP (VV) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 46. - VANGUARD LARGE CAP (VV) | | | | | Sold (part) | 04/01/13 | J | | |
| 47. - VANGUARD LARGE CAP (VV) | | | | | Sold | 07/23/13 | K | D | |
| 48. - VANGUARD GROWTH (VUG) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 49. - VANGUARD GROWTH (VUG) | | | | | Sold (part) | 04/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. - VANGUARD GROWTH (VUG) | | | | | Sold | 07/23/13 | K | C | |
| 51. - VANGUARD MSCI (VWO) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 52. - VANGUARD MSCI (VWO) | | | | | Sold | 04/01/13 | J | A | |
| 53. - VANGUARD MID-CAP VAL IDX (VOE) | | | | | Sold (part) | 03/12/13 | J | A | |
| 54. - VANGUARD MID-CAP VAL IDX (VOE) | | | | | Buy (add'l) | 04/01/13 | J | | |
| 55. - POWERSHARES EXCHANGE TRAD F KBW PROP (KBWP) | | | | | Buy | 03/12/13 | K | | |
| 56. - POWERSHARES EXCHANGE TRAD F KBW PROP (KBWP) | | | | | Sold (part) | 04/01/13 | J | A | |
| 57. - POWERSHARES EXCHANGE TRAD F KBW PROP (KBWP) | | | | | Sold | 10/10/13 | K | B | |
| 58. - POWERSHARES DB G 10 CURR (DBV) | | | | | Buy | 03/12/13 | J | | |
| 59. - POWERSHARES DB G 10 CURR (DBV) | | | | | Buy (add'l) | 04/01/13 | J | | |
| 60. - POWERSHARES DB G 10 CURR (DBV) | | | | | Sold | 06/20/13 | J | A | |
| 61. - CURRENCYSHARES SWEDISH KRONA (FXS) | | | | | Buy | 03/12/13 | J | | |
| 62. - CURRENCYSHARES SWEDISH KRONA (FXS) | | | | | Buy (add'l) | 04/01/13 | J | | |
| 63. - CURRENCYSHARES SWEDISH KRONA (FXS) | | | | | Sold | 12/10/13 | J | A | |
| 64. - POWERSHS EXCH TRAD KBW PREM (KBWY) | | | | | Buy | 04/01/13 | K | | |
| 65. - POWERSHS EXCH TRAD KBW PREM (KBWY) | | | | | Sold | 07/02/13 | K | A | |
| 66. - WISDOMTREE BRAZILIAN REAL FD (BZF) | | | | | Buy | 04/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. - WISDOMTREE BRAZILIAN REAL FD (BZF) | | | | | Sold | 06/20/13 | J | A | |
| 68. - VANGUARD EXTD MKT EFT (VXF) | | | | | Buy | 04/01/13 | J | | |
| 69. - WISDOMTREE CHINESE YUAN (CYB) | | | | | Buy | 06/20/13 | J | | |
| 70. - CURRENCY SHARES EURO (FXE) | | | | | Buy | 06/20/13 | J | | |
| 71. - POWERSHARES ETF TR DYNAMIC MEDIA (PBS) | | | | | Buy | 07/02/13 | K | | |
| 72. -VANGUARD SMALL CAP GROWTH (VBK) | | | | | Buy | 07/23/13 | K | | |
| 73. - VANGUARD SMALL CAP PER (VB) | | | | | Buy | 07/23/13 | K | | |
| 74. - POWERSHARES ETF DYNAMIC BIOTECH (PBE) | | | | | Buy | 10/23/13 | K | | |
| 75. - CURRENCYSHARES BR ETF (FXB) | | | | | Buy | 12/10/13 | J | | |
| 76. MERRILL LYNCH - IRRA #1 (H) | B | Int./Div. | L | T | | | | | |
| 77. - FIA CARD SVCS (IIAXX) | | | | | | | | | |
| 78. - EATON VANCE FLOATING RATE FUND (EIBLX) | | | | | | | | | |
| 79. - ISHARES IBOXX $ INVT GRADE CORP BD FUND (LQD) | | | | | Sold | 10/25/13 | J | B | |
| 80. - ISHARES BARCLAY AGENCY BOND FUND (AGZ) | | | | | | | | | |
| 81. - PIMCO FOREIGN BOND FUND (PFBPX) | | | | | | | | | |
| 82. - SPDR GOLD TRUST (GLD) | | | | | Sold | 10/25/13 | J | C | |
| 83. - SPDR BARCLAYS 1-10 YEAR TIPS ETF (TIPX) | | | | | Buy | 10/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐   NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84.   - ALPS ALERIAN MLP ETF (AMLP) | | | | | Buy | 10/25/13 | J | | |
| 85.   - ISHARES 1-3 YEAR CREDIT BOND ETF (CSI) | | | | | Buy | 10/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 08/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN M. MCNAMEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544